DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DANIEL WACKERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MAG 06-013 CMK/GGH |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| DANIEL WACKERMAN, ) | Date: February 23, 2007 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

    DANIEL WACKERMAN, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Heiko Coppola, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of January 8, 2007 and set a preliminary hearing date of February 23, 2007 at 2:00 p.m..

    A continuance is necessary to both parties to continue their pretrial investigations. This case features numerous individuals allegedly involved in an international drug conspiracy. The parties

anticipate a pre-indictment resolution. In preparation therefor, they need additional time to conduct investigation.

IT IS STIPULATED that the period from the signing of this Order, through and including February 23, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated: January 9, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
DANIEL WACKERMAN

Dated: January 12, 2007

MCGREGOR SCOTT
United States Attorney

/s/ Heiko Coppola
_____
HEIKO COPPOLA
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: 1/12/07

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

wackerman.ord

S/O Wackerman cont prelim          -2-