1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  DANIEL WACKERMAN

8

9
                  IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,    )  No. MAG 06-013 CMK/GGH
14                              )
              Plaintiff,        )
15                              )  STIPULATION AND ORDER
        v.                      )
16                              )
   DANIEL WACKERMAN,            )  Date:  March 23, 2007
17                              )  Time:  2:00 p.m.
              Defendant.        )  Judge: Hon. Edward F. Brennan
18                              )
   _____ )
19

20      DANIEL WACKERMAN, by and through his counsel, Caro Marks,
21 Assistant Federal Defender, and the United States Government, by and
22 through its counsel, Heiko Coppola, Assistant United States Attorney,
23 hereby stipulate and agree to vacate the previously scheduled
24 preliminary hearing date of February 23, 2007 and set a preliminary
25 hearing date of March 23, 2007 at 2:00 p.m..
26      A continuance is necessary to both parties to continue their
27 pretrial investigations. Particularly, defense counsel needs additional
28 time to consult with the defendant and attempt a pretrial resolution of

the case, which features numerous individuals allegedly involved in an international drug conspiracy.

IT IS STIPULATED that the period from the signing of this Order, through and including March 23, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel. The government fully concurs with this request.

Dated:   February 22, 2007

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ Caro Marks
                                          _____
                                          CARO MARKS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          DANIEL WACKERMAN

Dated:   February 23, 2007

                                          MCGREGOR SCOTT
                                          United States Attorney

                                          /s/ Heiko Coppola
                                          _____
                                          HEIKO COPPOLA
                                          Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:   February 23, 2007.

                                          _____
                                          U.S. MAGISTRATE JUDGE