1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | CARO MARKS, Bar #159267
Senior Litigator
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL WACKERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MAG 06-013 CMK/GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| DANIEL WACKERMAN, ) | Date: April 23, 2007 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Hon. Dale A. Drozd |
| _____ ) | |

DANIEL WACKERMAN, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Heiko Coppola, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of March 23, 2007 and set a preliminary hearing date of April 23, 2007 at 2:00 p.m..

A continuance is necessary to both parties to continue their pretrial investigations. Particularly, defense counsel needs additional time to consult with the defendant and attempt a pretrial resolution of

1  the case, which features numerous individuals allegedly involved in an
2  international drug conspiracy.
3      IT IS STIPULATED that the period from the signing of this Order,
4  through and including April 23, 2007 be excluded in computing the time
5  within which trial must commence under the Speedy Trial Act, pursuant
6  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
7  preparation of counsel. The government fully concurs with this request.
8  Dated:   March 21, 2007

Respectfully submitted,
DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
DANIEL WACKERMAN

Dated:   March 22, 2007

MCGREGOR SCOTT
United States Attorney

/s/ Heiko Coppola
_____
HEIKO COPPOLA
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:   March 22, 2007.

_____
Edmund F. Brennan
U.S. Magistrate Judge

-2-