McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DANIEL WACKERMAN, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-07-120 EJG <br> Mag. No. 06-mj-013 CMK <br> <br> GOVERNMENT'S MOTION TO <br> DISMISS WITHOUT PREJUDICE |

The United States hereby moves to dismiss the **COMPLAINT** in this case without prejudice. The defendant in this case has entered into a pre-indictment plea agreement under the terms of which he will waive indictment and plead guilty to a felony information. The information has been filed and assigned to the Honorable Edward J. Garcia. Scheduling of the guilty plea is pending before Judge Garcia, and will take place in the next few weeks.

Dated: April 19, 2007

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Robert M. Twiss
By:_____
    ROBERT M. TWISS
    Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.  The **COMPLAINT** only in the above captioned case is DISMISSED without prejudice in favor of proceeding by way of information.  All dates in this case in this Court hereby are VACATED.

DATED: April 20, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/wackerman0013.ord